UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Netlist, Inc.<br>111 Academy Way<br>Suite 100<br>Irvine, CA 92617<br><br>      Plaintiff (Complainant),<br><br>      v.<br><br>Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Google LLC, and Super Micro Computer, Inc.<br><br>      Defendants (Respondents). | Civil Action No. Misc. \_\_\_\_\_<br><br>Case: 1:26–mc–00013<br>Assigned To : Sooknanan, Sparkle L.<br>Assign. Date : 1/28/2026<br>Description: Misc. |

**COMPLAINANT'S MOTION SEEKING THE ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY)**

Netlist, Inc. ("Netlist" or "Complainant"), Complainant in *Certain Dynamic Random Access Memory (DRAM) Devices, Products Containing the Same, and Components Thereof*, Investigation No. 337-TA-1472 before the United States International Trade Commission ("ITC"), hereby respectfully moves, upon recommendation from the ITC (Exhibit 3), for this Court to issue, under its seal and signature, the Request for International Judicial Assistance ("Letter Rogatory") on behalf of Netlist to obtain discovery from the following third party:

**Renesas Electronics Corp.**
3-2-24 Toyosu,
Koto-ku,
Tokyo 135-0061,
Japan

The Letter Rogatory to Renesas Electronics Corp. ("Renesas"), a Japanese company, solicits the assistance from the Appropriate Judicial Authority of Japan to obtain certain critical

1



RECEIVED
JAN 28 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

evidence in the form of documents and deposition testimony that are directly relevant to this Investigation and unobtainable by Complainant through other means. The requested Letter Rogatory (Exhibit 4) complies with the guidelines set for by the U.S. Department of State relevant to Letters Rogatory standards. *See* U.S. Department of State Preparation of Letters Rogatory, https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/obtaining-evidence/Preparation-Letters-Rogatory.html. Foreign discovery from Renesas is necessary in this Investigation for the reasons explained in the accompanying memorandum.

Netlist includes, as attachments to the Letter of Rogatory, a set of requests for the production of documents and other things, topics for deposition, and copies of the Protective Order, Ground Rules, and the public Complaint and supplements in this Investigation (Exhibit 4, Attachments A-E). Netlist also includes as attachments certified translations in Japanese of each of these documents (Exhibit 5, Attachments A-E).

Administrative Law Judge MaryJoan McNamara, who presides over the 337-TA-1472 Investigation, has issued findings that the Letter Rogatory seeks evidence relevant to the Investigation. An order from Judge McNamara recommending that this Court issue the Letter Rogatory is attached to this Motion (Exhibit 2). Additionally, due to statutory time limitations on ITC investigations, Judge McNamara requests that the Court expedite the issuance of the Request.

For at least the foregoing reasons and the reasons set forth in more detail in the accompanying memorandum of law, Netlist respectfully requests that the Court assign a Judge to this matter and issue the attached Request for International Assistance (Exhibit 4) as soon as the Court deems appropriate.

January 28, 2026                                    Respectfully submitted,

*/s/ Lauren A. Watt*
Daniel E. Yonan
Donald R. Banowit
William H. Milliken
Richard M. Bemben
Lauren A. Watt (D.C. Bar No. 1046310)
Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor
Washington DC 20005
Tel.: (202) 371-2600

Jason Sheasby
Annita Zhong, PhD
Andrew Strabone
Lisa Glasser
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel.: (310) 277-1010

*Counsel for Complainant Netlist, Inc.*